IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DONALD C. RICHARDS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>and SHIRLEY FRASER, M.D., )<br>)<br>Defendants. )<br>_____) | Case No. 3:12-cv-00148-SLG |

## ORDER GRANTING STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES

Upon consideration of the parties' Stipulation for Extension of Pretrial Deadlines (Docket 29), the Court hereby APPROVES the following pretrial deadline extensions:

Plaintiff's Expert Reports: **12/30/13.**

Defendant's Expert Reports: **2/14/14**.

Rebuttal Reports: **4/11/14.**

Discovery motions: **4/28/14.**

Final witness lists: **5/12/14.**

All discovery shall be completed: **6/11/14**.

Motions in limine: **6/18/14.**

Dispositive motions: **6/18/14.**

DATED: this 22nd day of November, 2013.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE