Ray R. Brown
Mauri Long
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK  99501
Phone: 277-5400
Fax:   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DONALD C. RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| and SHIRLEY FRASER, M.D., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:12-cv-00148-SLG |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to the Settlement Agreement terms executed in this matter on the 27th day of April 2015, it is hereby acknowledged that the settlement funds have now been received in trust at the law firm of Dillon & Findley, P.C.  Accordingly, the parties stipulate and agree to an order from this Court dismissing this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees, and expressly not retaining

Donald C. Richards v. U.S.A. and Shirley Fraser, M.D.
Case No. 3:12-cv-00148-SLG
STIPULATED DISMISSAL WITH PREJUDICE
Page 1 of 2
Case 3:12-cv-00148-SLG   Document 59   Filed 06/30/15   Page 1 of 2

jurisdiction over the above-captioned action, this settlement, or the United States.

DATED this 30th day of June 2015, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Plaintiff


By: s/Ray R. Brown
Ray R. Brown, ABA No. 8206012
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 277-5400
Fax: 277-9896
Email: ray@dillonfindley.com


KAREN L. LOEFFLER
United States Attorney

By: s/Susan J. Lindquist (consent)
Susan J. Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 271-3378
Fax: 271-2344
Email: susan.lindquist@usdoj.gov
ABA No. 9008053


**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2015, a copy of the foregoing Stipulated Dismissal With Prejudice was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Donald C. Richards v. U.S.A. and Shirley Fraser, M.D.
Case No. 3:12-cv-00148-SLG
STIPULATED DISMISSAL WITH PREJUDICE
Page 2 of 2