# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD C. RICHARDS,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA, and<br>SHIRLEY FRASER, M.D.,<br><br>　　　　　　　　　Defendants. | Case No. 3:12-cv-00148-SLG |

## ORDER RE STIPULATED DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulated Dismissal with Prejudice (Docket 59), the Court hereby APPROVES the stipulation.

IT IS HEREBY ORDERED that pursuant to the terms of the Settlement Agreement previously entered in this matter along with the satisfaction of said terms by both parties, it is hereby ordered that this matter is DISMISSED in its entirety with prejudice, with each party to bear its own costs, expenses, and fees, and this Court does not retain jurisdiction of this matter, this settlement, or the United States. By entering this Order, Plaintiff's counsel is authorized to distribute the settlement amount to Plaintiff after deduction of fees, costs, and expenses of litigation.

DATED this 1st day of July, 2015 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE